AUGUSTUS J. CONNOR, Respondent, v. WESTERN NEW YORK MOTOR LINES, INC., Appellant.— Judgment and orders affirmed, with costs. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

MARCELLA SELBERT, Respondent, v. CITY OF ROCHESTER, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

In the Matter of the Application of HARVEY A. GUENTHER for a Certiorari Order against HARRY J. MARCH and Others, Constituting the Board of Appeals of the City of Buffalo, New York.*— Certiorari order sustained and determination of board of appeals of the city of Buffalo annulled, with fifty dollars costs and disbursements. (See *People ex rel. Fordham M. R. Church* v. *Walsh*, 244 N. Y. 280.) All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

JAMES LYNCH, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

CARL J. RUSH, Respondent, v. GEORGE P. TOWNS, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

In the Matter of the Application of JOHN A. BUCKLER, as Administrator, etc., of JENNIE BUCKLER, Deceased, to Discover Certain Property of Said Deceased Claimed to Be Withheld.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

FRED E. HATCH, Respondent, v. MAURICE J. LOWN and Others, Appellants.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

ALMA H. COSEO, Appellant, v. CHARLES H. GOULD and Another, Respondents.— Motion granted and appeal dismissed, with costs. Present— Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

ISAAC LEVIN and Another, Respondents, v. NATHAN ROGACHEFSKY and Another, Appellants.— Appeal dismissed for failure of appellants to comply with order entered March 13, 1928. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

MARGARET K. BLAKESLEE, Respondent, v. ANNA M. KANE, Appellant.— Motion granted and appeal dismissed, with costs. Present —Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

ABRAHAM MASON and Another, Respondents, v. AMEDEO CAPPOLA and Others, Appellants.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM NAAB, Appellant.— Motion granted and appeal dismissed. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.